**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6615**

_____

JAMES DOW VANDIVERE,

              Petitioner - Appellant,

     v.

PATRICIA R. STANSBERRY, Warden of FCC Petersburg Medium,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (2:09-cv-00037-JBF-TEM)

_____

Submitted:  August 26, 2009      Decided:  September 2, 2009

_____

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Dow Vandivere, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Dow Vandivere, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition and the district court's order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Vandivere v. Stansberry</u>, No. 2:09-cv-00037-JBF-TEM, (E.D. Va. Feb. 6, 2009 & March 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2